IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VIDAL GARCIA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:15CV357 |
| | § | |
| | § | |
| TRAVELERS LLOYDS OF TEXAS | § | |
| INSURANCE COMPAY | § | |

## NOTICE OF SETTLEMENT

NOW COMES, VIDAL GARCIA, providing notice of settlement in the above referenced cause and would respectfully show the Court as follows:

On or about February 23, 2016, 2015, the parties reached an agreement on this matter. Accordingly, the parties will file the dismissal documents with the Court in the near future.

                                                    Respectfully submitted,

                                                    KETTERMAN ROWLAND & WESTLUND

BY:   /s/ Robert A. Pollom
           ROBERT A. POLLOM
           Federal Bar No. 2149539
           State Bar No. 24041703
           16500 San Pedro, Suite 302
           San Antonio, Texas  78232
           Telephone:    (210) 490-7402
           Telefacsimile:  (210) 490-8372

           ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served in compliance with the Federal Rules of Civil Procedure to:

*<u>Via Email</u>*
Robert F. Scheihing
ADAMI, SUFFIELD, SCHEIHING & BURNS, PC
9311 San Pedro Avenue, Suite 900
San Antonio, Texas 78216

on this the 14th day of April, 2016.

                                                 /s/ Robert A. Pollom
                                              ROBERT A. POLLOM