UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| VIDAL GARCIA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:15-CV-00357 |
| § | |
| TRAVELERS LLOYDS OF TEXAS § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal (D.E. 16), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 22nd day of April, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE